Submitted on remand from the Oregon Supreme Court August 16, reversed and remanded October 17, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

SHARLA LYNN WELLS,
*Defendant-Appellant.*

Linn County Circuit Court
02102355; A124511

169 P3d 1278

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Eric Johansen, Senior Deputy Public Defender, Office of Public Defense Services, for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Doug M. Petrina, Assistant Attorney General, for respondent.

Before Haselton, Presiding Judge, and Brewer, Chief Judge, and Rosenblum, Judge.

PER CURIAM

## PER CURIAM

This case is before us on remand from the Oregon Supreme Court, after that court vacated our affirmance of defendant's conviction for possession of a controlled substance, *former* ORS 475.992. *State v. Wells*, 208 Or App 480, 144 P3d 1077 (2006), *vac'd and rem'd*, 343 Or 159, 164 P3d 1160 (2007).

The facts of this case do not differ in any significant way from those in *State v. Marroquin*, 215 Or App 330, 168 P3d 1246 (2007), in which we reversed and remanded convictions due to the erroneous admission of laboratory reports in violation of Article I, section 11, of the Oregon Constitution. Accordingly, we do the same in this case.

Reversed and remanded.